RECEIVED
IN LAKE CHARLES, LA.

NOV 15 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DOUGLAS SHARRON PIGGEE<br>FED. REG. #06845-097 | CIVIL ACTION NO. 2:11-CV-298 |
| VS. | SECTION P<br>JUDGE MINALDI |
| J. P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider those claims.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ___ day of November, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE