RECEIVED
IN LAKE CHARLES, LA.
NOV 15 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

DOUGLAS SHARRON PIGGEE      CIVIL ACTION NO. 2:11-CV-298
FED. REG. #06845-097

VS.      SECTION P

     JUDGE MINALDI

J. P. YOUNG      MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that the petition for *habeas corpus* filed pursuant to 28 U.S.C. §2241 be **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider those claims.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this ____ day of _November_, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE